**Dismiss and Opinion Filed December 8, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

## No. 05-23-00561-CV

## IN THE INTEREST OF D.T.C., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-06-14269**

## MEMORANDUM OPINION

Before Justices Nowell, Miskel, and Kennedy
Opinion by Justice Miskel

Appellant's brief in this case is overdue. By postcard dated October 31, 2023, we informed appellant her brief was overdue and directed her to file her brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


230561f.p05

/Emily Miskel/
_____
EMILY MISKEL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF D.T.C., A
CHILD

No. 05-23-00561-CV

On Appeal from the 254th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-06-14269.
Opinion delivered by Justice Miskel.
Justices Nowell and Kennedy
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 8th day of December, 2023.